STATE OF NEW JERSEY v. CARLTON BROWN.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW COE, III.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. SIGFREDO CASTILLO ROSA.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS ERNESTO RODRIGUEZ.

May 2, 1983.

Petition for certification denied.